■ The People of the State of New York, Respondent, v Maria Betancur, Also Known as Maria Torres, Also Known as Maria Molano, Appellant. [609 NYS2d 874] —Casey, J. Appeal from a judgment of the County Court of Sullivan County (Kane, J.), rendered May 22, 1992, convicting defendant upon

her plea of guilty of two counts of the crime of criminal sale of a controlled substance in the third degree.

The record establishes that defendant waived her right to appeal as part of a negotiated plea bargain, that the waiver was knowing and voluntary, and that she understood the consequences of the waiver (see, People v Seaberg, 74 NY2d 1; People v Li Castro, 180 AD2d 840, lv denied 80 NY2d 834).

Mikoll, J. P., White and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed.